UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DOUG LONGHINI, an Individual,**

    **Plaintiff,**

v.                                      Case No. 3:17-cv-1208-J-39MCR

**MHI JACKSONVILLE, LLC, a
Delaware Limited Liability Company
qualified to do business in Florida
and HILTON WORLDWIDE
HOLDINGS, INC., a Delaware
Corporation,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal Without Prejudice As To Defendant, Hilton Worldwide Holdings Inc. (Doc. 18; Stipulation) filed by Plaintiff on February 2, 2018. In the Stipulation, Plaintiff states that he is voluntarily dismissing the claims raised in this action as to Defendant Hilton Worldwide Holdings Inc. See Stipulation at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This case is **DISMISSED without prejudice as to Defendant Hilton Worldwide Holdings Inc.**

2. The Clerk of the Court is directed to terminate **Defendant Hilton Worldwide Holdings Inc.** from the Court Docket.

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of February, 2018.

_____
BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record

- 2 -